**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| IN RE:<br><br>OPENAI, INC.,<br>COPYRIGHT INFRINGEMENT<br>LITIGATION<br><br><br>This Document Relates To:<br><br>ZIFF DAVIS INC. et. al v. OPENAI, INC. et.<br>al, No. 1:25-cv-04315 | 25-md-3143 (SHS) (OTW)<br>Hon. Sidney H. Stein<br><br><br>**RULE 7.1 CORPORATE**<br>**DISCLOSURE STATEMENT** |

Defendants OpenAI, Inc., OpenAI GP, LLC, OpenAI, LLC, OpenAI OpCo LLC, OpenAI Global LLC, OAI Corporation, and OpenAI Holdings, LLC (together, "OpenAI Defendants"), by and through their undersigned counsel, pursuant to Federal Rule of Civil Procedure 7.1, disclose as follows:

1.      OpenAI, Inc. states that it has no parent corporation and that no publicly held corporation has a financial interest of 10% or more.

2.      OpenAI GP, LLC states that it is a subsidiary of OpenAI, Inc. and that no publicly held corporation has a financial interest of 10% or more.

3.      OpenAI, LLC states that it is a subsidiary of OpenAI Global, LLC and that Microsoft Corporation is a publicly held corporation that has a financial interest of 10% or more in OpenAI Global, LLC.

4.      OpenAI OpCo, LLC states that it is a subsidiary of OpenAI Global, LLC. and that Microsoft Corporation is a publicly held corporation that has a financial interest of 10% or more in OpenAI Global, LLC.

5.      OpenAI Global, LLC states that it is a subsidiary of OpenAI, Inc. and that Microsoft Corporation is a publicly held corporation that has a financial interest of 10% or more in OpenAI Global, LLC.

6.      OAI Corporation, LLC converted in September 2023 from a limited liability company to a corporation named OAI Corporation.

7.      OpenAI Holdings, LLC states that it is a subsidiary of OpenAI, Inc. and that no publicly held corporation has a financial interest of 10% or more.

Dated: June 9, 2025

| | |
|---|---|
| */s/ Elana Nightingale Dawson* | */s/ Rose Lee* |
| **LATHAM & WATKINS LLP** | **MORRISON & FOERSTER LLP** |
| Andrew M. Gass (*pro hac vice*) | Rose S. Lee (*pro hac vice*) [*] |
| *andrew.gass@lw.com* | *roselee@mofo.com* |
| 505 Montgomery Street, Suite 2000 | 707 Wilshire Boulevard, Suite 6000 |
| San Francisco, CA 94111 | Los Angeles, CA 90017 |
| Telephone: 415.391.0600 | Telephone: 213.892.5200 |
| | |
| Elana Nightingale Dawson (*pro hac vice*) | Joseph C. Gratz (*pro hac vice*) |
| *elana.nightingaledawson@lw.com* | *jgratz@mofo.com* |
| 555 Eleventh Street, NW, Suite 1000 | Andrew L. Perito (*pro hac vice*) |
| Washington, D.C. 20004 | *aperito@mofo.com* |
| Telephone: 202.637.2200 | 425 Market Street |
| | San Francisco, CA 94105 |
| Herman H. Yue | Telephone: 415.268.7000 |
| *herman.yue@lw.com* | |
| Luke A. Budiardjo | Eric K. Nikolaides |
| *luke.budiardjo@lw.com* | *enikolaides@mofo.com* |
| 1271 Avenue of the Americas | 250 West 55th Street |
| New York, NY 10020 | New York, NY 10019 |
| Telephone: 212.906.1200 | Telephone: 212.468.8000 |
| | |
| Allison S. Blanco (*pro hac vice*) | Carolyn M. Homer (*pro hac vice*) |
| *allison.blanco@lw.com* | *cmhomer@mofo.com* |
| 650 Town Center Drive 20th Floor | 2100 L Street, NW, Suite 900 |
| Costa Mesa, CA 92626 | Washington, DC 20037 |
| Telephone: 714.540.1235 | Telephone: 202.650.4597 |
| | |
| *Attorneys for OpenAI Defendants* | Brian M. Kramer (*pro hac vice* pending) |
| | *bmkramer@mofo.com* |
| | Drew A. Miller |
| | *dhllier@mofo.com* |
| | 12531 High Bluff Drive, Suite 100 |
| | San Diego, CA 92130 |
| | Telephone: (858) 314-5415 |
| | |
| | *Attorneys for OpenAI Defendants* |

*/s/ Christopher S. Sun*

**KEKER, VAN NEST & PETERS LLP**
Robert A. Van Nest (*pro hac vice*)
 *rvannest@keker.com*
Paven Malhotra
 *pmalhotra@keker.com*
Michelle S. Ybarra (*pro hac vice*)
 *mybarra@keker.com*
Nicholas S. Goldberg (*pro hac vice*)
 *ngoldberg@keker.com*
Christopher S. Sun (*pro hac vice*)*
 *csun@keker.com*
Thomas E. Gorman (*pro hac vice*)
 *tgorman@keker.com*
Katie Lynn Joyce (*pro hac vice*)
 *kjoyce@keker.com*
Sarah Salomon (*pro hac vice*)
 *ssalomon@keker.com*
R. James Slaughter (pro hac vice)
 *rslaughter@keker.com*
Andrew F. Dawson (*pro hac vice*)
 *adawson@keker.com*
Andrew S. Bruns (*pro hac vice*)
 *abruns@keker.com*
Edward A. Bayley (*pro hac vice*)
 *ebayley@keker.com*
Ryan K. Wong (*pro hac vice*)
 *rwong@keker.com*
Spencer McManus (*pro hac vice* pending)
 *smcmanus@keker.com*
Olivia C. Malone (*pro hac vice* pending)
 *omalone@keker.com*
Bilal A. Malik (*pro hac vice* pending)
 *bmalik@keker.com*
633 Battery St.
San Francisco, CA 94111
Telephone: 415.391.5400

*Attorneys for OpenAI Defendants*