**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---

IN RE:

OPENAI, INC., COPYRIGHT
INFRINGEMENT LITIGATION

25-md-3143 (SHS) (OTW)

Hon. Sidney H. Stein
Hon. Ona T. Wang

---

THIS DOCUMENT RELATES TO:

All Actions.

---

## NOTICE OF APPEARANCE OF COUNSEL

PLEASE TAKE NOTICE that the following attorney appears as counsel on behalf of Plaintiffs Ziff Davis, Inc.; Ziff Davis, LLC; IGN Entertainment, Inc.; Everyday Health Media, LLC; Mashable, Inc.; and CNET Media, Inc. in the above-captioned action:

>Charles A. Naggar (5356449)
>Ruttenberg IP Law,
>A Professional Corporation
>445 Hamilton Avenue,
>11th Floor
>White Plains, NY 10601
>Telephone: (332) 322-9946
>Email: charles@ruttenbergiplaw.com

[*Signature page to follow*]

DATED: September 15, 2025          Respectfully submitted,

By:      */s/ Charles A. Naggar*
Charles A. Naggar
RUTTENBERG IP LAW,
A PROFESSIONAL CORPORATION
445 Hamilton Ave,
11th Floor
White Plains, NY 10601
Telephone: (332) 322-9946
Facsimile: (310) 627-2260
charles@ruttenbergiplaw.com

*Attorneys for Plaintiffs*
Ziff Davis, Inc.;
Ziff Davis, LLC;
IGN Entertainment, Inc.;
Everyday Health Media, LLC;
Mashable, Inc.;
and CNET Media, Inc.