UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

IN RE:

OPENAI, INC. COPYRIGHT
INFRINGEMENT LITIGATION

This Document Relates To:

25-cv-4315

25-md-3143 (SHS) (OTW)

ORDER

---

SIDNEY H. STEIN, U.S. District Judge.

The Court shall hear further oral argument on OpenAI's motion to dismiss the First Amended Complaint in *Ziff Davis, Inc. v. OpenAI, Inc.*, No. 25-cv-4315 (Dkt. No. 405), and on OpenAI's motion to partially stay that action (Dkt. No. 134) in Courtroom 23A of the Daniel Patrick Moynihan United States Courthouse on Thursday, November 13, 2025, at 11:30 a.m. The parties shall have five minutes each for continued argument on the motion to dismiss the First Amended Complaint and five minutes each for argument on the motion to partially stay the action. Any counsel who is not located near New York City may participate in the argument by telephone.

Dated: New York, New York
       October 30, 2025

SO ORDERED:

Sidney H. Stein, U.S.D.J.