# KLARIS

June 23, 2025



**Via ECF**
Hon. Sidney H. Stein
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St.
New York, NY 10007-1312

Re: *In re: OpenAI, Inc., Copyright Infringement Litigation, 1:25-md-03143-SHS-OTW*
This Document Relates To: *Ziff Davis, Inc. et al v. OpenAI, Inc. et al.*, Case No. 25-cv-04315-SHS-OTW ("*Ziff Davis*")

Dear Judge Stein:

Plaintiffs Ziff Davis, Inc., Ziff Davis, LLC, IGN Entertainment, Inc., and Everyday Health Media, LLC ("Plaintiffs") respectfully request a 14-day extension of the deadline for opposing OpenAI, Inc., OpenAI LP, OpenAI GP, LLC, OpenAI, LLC, OpenAI OPCO LLC, OpenAI Global LLC, OAI Corporation, LLC, and OpenAI Holdings, LLC's ("Defendants") Motion to Dismiss ("Motion"). ECF No. 138. Plaintiffs have in turn consented to a 14-day extension for Defendants to file their reply.

Plaintiffs' deadline to oppose the Motion is currently June 24, 2025. This is each party's first request for an extension in the Ziff Davis matter. Defendants consent to mutual extensions. Plaintiffs respectfully request that your Honor extend the deadline for Plaintiffs to file any opposition until **July 8, 2025**, and for Defendants to file any reply until **July 29, 2025**.

Respectfully submitted,

/s/ Lacy H. Koonce, III

Lacy H. ("Lance") Koonce, III
KLARIS LAW PLLC
161 Water Street
New York, NY 10038
Telephone: (646) 779-4882
lance.koonce@klaris.com

*Attorneys for Ziff Davis*

So ordered,
Sidney H. Stein
USDJ
6/26/25

cc: All Counsel of Record (via ECF)

- 1 -