**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF NEW YORK**

IN RE: OPENAI, INC.,

COPYRIGHT INFRINGEMENT LITIGATION

This Document Relates To:
1:23-cv-11195-SHS-OTW
1:24-cv-01515-SHS-OTW
1:24-cv-03285-SHS-OTW
1:24-cv-04872-SHS-OTW
1:25-cv-04315-SHS-OTW

Case No: 25-md-03143 (SHS) (OTW)

Hon. Sidney H. Stein

Hon. Ona T. Wang

**ORDER FOR ADMISSION *PRO HAC VICE***

The motion of Andrew J. Pincus, for admission to practice *Pro Hac Vice* in the above-captioned action is granted.

Applicant has declared that he is a member in good standing of the bars of the District of Columbia and the State of New York; and that his contact information is as follows

Andrew J. Pincus
Mayer Brown LLP
1999 K Street, N.W.
Washington, DC 20006-1101
(202) 263-3000
apincus@mayerbrown.com

Applicant having requested admission *Pro Hac Vice* to appear for all purposes as counsel for amicus curiae Joshua S. Gans in the above-entitled action;

IT IS HEREBY ORDERED that Applicant is admitted to practice *Pro Hac Vice* in the above-captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys.

Dated: November 10, 2026

Ona T. Wang
United States Magistrate Judge